IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PACIFIC COMMUNITY RESOURCE
CENTER et al.,

    Plaintiffs,

v.

CITY OF GLENDALE, OREGON et al.,

    Defendants.

Civ. No. 6:17-cv-0066-MC

ORDER

MCSHANE, Judge:

Defendant James R. "Ryan" Kirchoff moves this court for an order awarding attorney fees in this matter in the amount of $4,194.50.

A defendant who prevails on a special motion to strike made under ORS 31.150 "shall be awarded reasonable attorney fees and costs." ORS 31.152(3). Defendant Kirchoff's special motion to strike made pursuant to ORS 31.150 was granted by this Court on August 3, 2017. *See*

1 – ORDER

Opinion and Order 12-14, ECF No. 55. Upon granting Kirchoff's motion to strike, the Court also awarded Kirchoff his attorney fees and costs. *Id.* at 14.

I have now reviewed the Time and Expense Details report submitted by Defendant Kirchoff. Lusby Decl. Ex. A, ECF No. 60. Because the attorney fees are reasonable, Defendant's motion for attorney fees is GRANTED. Defendant Kirchoff is awarded $4,194.50 against Plaintiffs for his attorney fees.

IT IS SO ORDERED.

DATED this 7th day of September, 2017.

                                                    Michael J. McShane
                                                United States District Judge